IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FLEETWOOD SERVICES, LLC, ROBERT L. FLEETWOOD and PAMELA A. FLEETWOOD, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>COMPLETE BUSINESS SOLUTIONS GROUP, INC. d/b/a PAR FUNDING; PRIME TIME FUNDING, LLC; JOHN AND JANE DOES<br><br>      Defendants. | Civil Action No. 18-cv-00268 (JS) |

## SCHEDULING ORDER

AND NOW, this 2nd of July, 2019, it is ORDERED the schedule in the above-captioned matter is as follows:

- Plaintiffs shall have until July 19, 2019 to seek leave to file an Amended Complaint;

- Parties shall exchange initial document demands no later than August 12, 2019;

- Fact discovery deadline is November 27, 2019;

- Plaintiffs' expert report is due by December 10, 2019;

- Defendant's expert report is due by January 6, 2020;

- Expert depositions, if any, are to be completed by January 24, 2020;

- Dispositive motions are due by February 7, 2020;

- Responses to dispositive motions are due by February 21, 2020;

- Replies in support of dispositive motions are due by March 6, 2020;

- A teleconference to discuss settlement shall take place on March 6, 2020, at 11:00 a.m. Counsel for Plaintiff is to initiate the call;

- Motions in Limine are due March 13, 2020;

- Responses to motions in Limine are due March 27, 2020;

- Pre-trial memoranda are due by April 3, 2020;

- Joint exhibit binder is to be submitted to chambers no later than 4:30 p.m. the day prior to trial;

- A final pre-trial conference is scheduled for April 7, 2020, at 9:30 a.m. in Courtroom 14B.

- This matter is in the April 13, 2020 trial pool.

                        BY THE COURT:

                        /s/ Juan R. Sánchez
                        Juan R. Sánchez, C.J.