IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FLEETWOOD SERVICES, LLC, ROBERT L. FLEETWOOD and PAMELA A. FLEETWOOD,<br><br>Plaintiffs,<br><br>v.<br><br>COMPLETE BUSINESS SOLUTIONS GROUP, INC. d/b/a PAR FUNDING, *et al.*,<br><br>Defendants. | Case No.: No. 2:18-cv-00268-JS |

**DEFENDANT COMPLETE BUSINESS SOLUTIONS GROUP, INC.'S
<u>AMENDED MOTION TO WITHDRAW JONATHAN D. CHRISTMAN AS ATTORNEY</u>**

Pursuant to Local Rule 5.1 and 7.1, Defendant Complete Business Solutions Group, Inc. d/b/a Par Funding ("CBSG" or "Defendant"), by and through its attorneys, Fox Rothschild LLP ("Fox Rothschild"), hereby moves this Honorable Court to grant withdrawal of Jonathan D. Christman ("Christman") as one of Defendant's attorneys in this matter. In support of this Amended Motion, Defendant avers as follows:

1.  Mr. Christman entered his appearance on behalf of Defendant on September 30, 2019. *See* ECF No. 61.

2.  Mr. Christman will be leaving his employment as a partner with Fox Rothschild effective August 14, 2020.

3.  As a result, Mr. Christman will no longer be involved in any of the proceedings or preparation in this lawsuit.

WHEREFORE, Defendant requests this Honorable Court grant the withdrawal of Jonathan D. Christman as an attorney of record for Defendant in this lawsuit.

1

| | |
|---|---|
| Dated: August 12, 2020 | Respectfully submitted:<br><br>**FOX ROTHSCHILD LLP**<br><br>By: /s/ Brett A. Berman<br>Brett A. Berman<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 19103-3222<br>Telephone: (215) 299-2842<br>Fax: (215) 299-2150<br>bberman@foxrothschild.com<br><br>Jonathan D. Christman<br>10 Sentry Parkway<br>Suite 200, P.O. Box 3001<br>Blue Bell, PA 19422<br>Telephone: (610) 397-6500<br>Fax: (610) 397-0450<br>jchristman@foxrothschild.com<br><br>*Attorneys for Defendant Complete Business Solutions Group, Inc. d/b/a Par Funding* |

## CERTIFICATE OF SERVICE

I, Brett A. Berman, hereby certify that, on this date, I caused the foregoing document to be filed electronically with this Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document, upon the following:

Shane R. Heskin
Justin E. Proper
WHITE AND WILLIAMS LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103-7395
heskins@whiteandwilliams.com
properj@whiteandwilliams.com

David S. Almeida
Benesch, Friedlander, Coplan & Aronoff LLP
71 S. Wacker Drive
16th Floor
Chicago, IL 60606
DAlmeida@beneschlaw.com

*Attorneys for Plaintiffs Fleetwood Services, LLC,
Robert L. Fleetwood, and Pamela A. Fleetwood*

By: /s/ Brett A. Berman
     Brett A. Berman

Dated: August 12, 2020