IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FLEETWOOD SERVICES, LLC, ROBERT L. FLEETWOOD and PAMELA A. FLEETWOOD,<br><br>Plaintiffs,<br><br>v.<br><br>COMPLETE BUSINESS SOLUTIONS GROUP, INC. d/b/a PAR FUNDING, *et al.*,<br><br>Defendants. | Case No.: No. 2:18-cv-00268-JS |

**[PROPOSED] ORDER**

AND NOW, this ___ day of _____, 2020, upon consideration of Defendant Complete Business Solutions Group, Inc.'s ("CBSG") Amended Motion to Withdraw Jonathan D. Christman as Attorney, and for good cause shown, it is hereby **ORDERED** and **DECREED** that CBSG's Amended Motion is **GRANTED**.

The appearance of Jonathan D. Christman on behalf of Defendant CBSG is **WITHDRAWN**.

BY THE COURT:

_____
**Juan R. Sánchez**
**UNITED STATES DISTRICT JUDGE, CHIEF**